P9 A

**C08 / 03192**

FILED

Complaint.

One must be citizen Found
to charge as the person over Legs 32ant HRL

2008 JUL -2 P 3:32

~~Leg - what one stands on Leg a ~~

RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR

in divisable be no Authority can claim
other wise - un lawful it is at that call
was moses 10 commandments thou the self cant
accused steal as to ones philosophy bears
no ~~one~~ would invite the consequences since
its everys one invites or now has to be
your man date since Land bears breach claim
to your awares you must "they" will
you dont let any be claimed illegal or author
Wont bear offer United we stand
together we fall All appraises are
breached with "unisef" - Novus ordo noones
to claim congest to base what cant afford
to have or see ones claim U.S. Founding
documents is "Areas" on
If you say ones illegal you have their bears
to claim. "You" want Your wills Legal so
you make that utter "You" say that can Leg-all,
agree as Legal basist as Legal enter.(B).

pg b

Let you get your will let "you"... want
the choice is all peoples will spec'int in
So persons, war, etc etc is not country Identity

And NOW "We" have it Its dont delay
Soil time "yours" bear everyis na protest, the
press www fax T.V. Friends & Family
any & all peoples

How: do "above" half way. "Above" itself
isnt spot placement but we are under
owns expectancyes as qouted historically.
Free do mi'enation "we"

Stuart Bragg (831) 426-____
_____ City _____ Sur
Santa Cruz CA
95060

1

1  Dear Jugdes, etc
2      I need a civil Law assistant for the following
3  reasons; I as a citizen by title base founding
4  have a Novus Order to fill yes a New
5  World is ordered by our systems grand
6  dismay with over population per tech
7  Global warmers et. etc. as a symtom
8  of / for support of conventionalist
9  Lifestyle to date
10
11      I recieve help from "above" The
12  word GOD in the diction would serve
13  to say U.F.O.ᶻ play a role & manifest
14  to physical progressions / via Law
15  GOD Law  1ˢᵗ Amend Relg. clause, activity
16  Simply doing your best for Gods & people (of every
                                        (pregenies soul)
17  releases, keys in U.F.O.ᶻ involvement
18  as we hold our word on max,
19  priority (Common sence Lists item
20  number 1
21      As you & I know we didnt as a mass
22  unit promised & pledge so do bear with
23  Its an uphill climb, indeed a must
24  I have most of the Ordains
25
26      I dont have a law degree I dont
27  have that skill I have field News
28  (VF) New world America saint (Sane) giencias
29  ( not the clerical technical ability
    I've tried & tried & Learn at the
30  Court clerks filing entry enough
31  to know I will not make it through
32  due civil processions NO WAY.

I'm an expert at seer ship histograph orients Keeping the (big) picture not what you can do & are great fully paid to do

I have enclosed some briefs on the civil matter

I would need to have an appointment In point to point clarificatons you will/may have on such an Order - topic

I have tried Writ of Mandate Legislative contact - Bill proposal

Please it is prayed

You will send me your Response interest to serve Our a base/break down cull to claim a replacement to Unlawful LifeStyle & or reduced via thee enclosed brief offer terms mutual to at Inspect of us the dear citizenry expected To meet the mark In God We (do) Trust One Nation Under GOD MY Count-ry tis of Thee Sweet Land of Lib From thee I

See Thanks Love call ASAP

Stuart Bragg (831) 426-2717

P.S. I have extensive writing on the topic

Over View Brief                                    3

1 | We have a technical answer to our
2 | Worlds present day on going of mass problems.

3 | An offer from above and affiliated with the
4 | flying saucers (library backs on U.F.O's state that
5 | the existance is fact).

6 Specifics; The "Govi" (u.t.f. unisef as formerily named) is a
7 | Space age devise 1 x 2 FT approx. for each that
8 | Supplies all our needs, (a Star trek Like food
9 | dispensor transport halographics, education, entertain-
10 | ment etc, etc)
11 | —It is achieved by executive order of our
12 | international ballot box.
13 | So the president is to be informed urgently.
14 | And since at inspection it is our founding order
15 | each promised to be One Nation under GOD with Liberty
16 Consistant & Justece for all.
to ensueing our terms In GOD we trust (faith)
17 | and is the specific Finite of the Novus ordo Secl-
18 | orum Our founding demand to fill.
19 | Backed by pure reason based upon scientific
20 | collects deems the New world (order) is due
21 | is of course flatly none other then the missing
22 | answer to all our cries.

23 To ask Above on the                    Thanks & Love,
24 Topic is required for
25 personal Knowledge                     Stuart Bragg (831) 426-2717
26 Itchy Stings will accompany to acquire that attention known as E.D.

1
2

Explanation For the
U.t.F. unised Promotion to its public

3    America the New World was to be gainful
4    ~~from the old world behavior patterns - Russia etc~~
5    got big way back in the past and if you know how it got
6    & why, huh! Got comfortable & wouldn't own to the pack
7    So Let's move on sappling The world pack with its
8    only remedial to multiple mass conflict & regain the
9    sights to need the reclaim of thy Self to intercede
10   upright moral Stats based on national claim - founded

11   So we have Liberty in the States as claim for that
12   has the self and while we can not set in
13   this fatist claim as we'd be called by the many
14   that is not the route to Self's Liberty & That was
15   (For to have the "Self" = accessed the God principle
16   Bears forth each a birth right genius
17   (i) in the word Genius at base implores
18   the species. United to by the uphold of Bible & flag implicites

19   Novus the New World   Your own is was so new
20   to us we don't really grasp or know it. Statement
21   of Purpose is to have your own after all - that is
22   backed powered by all & you know what the
23   authorities will do & from any Loss accusing as
24   Summing, Makes for Legislation representation
25   because after all those are overt behaves yes we are
26   to know better Locking at national Statistics otherwise
27   thats an the end of the world - in failing the american
28   claim the Last place in the world to have the
29   Chance to have the "Self" through Liberties call & claim

1 | or They'll crush you to come to freedoms call by the time
2 | your ready or have had enough/ when its to late or by then
3 | you cant figure out your place from "Self's breach
4 | Sowing Lies refunds results in an impairment of truth (to know) that even
5 | or non recognition since its mass spread & practiced

6 | We americans are to our own heads? No or not much
7 | that is vital in itself for you have the head awares to
8 | make sure you do so or the Self esteem (system) + unite ability Self orders
9 | as herein shows the system most vital crucial
10 | utmost and breeds that universal quotient or vise versa
11 | therein it would be able to tell "logic concludes
12 | Same as for rape people who do are raped robbed
13 | of Self or we dont make sence appear for at
14 | cross examination we claim a rightfully its not
15 | a standard of the Self or the person itself is
16 | way off the mark their own mark put treat
17 | the person as they are that after all diminishes
18 | any self claimation to better social based
19 | entrys that what Jesus and the stoners was
20 | brought forth for and we swear on the Bible
21 | here and how must act upon
22 | That's why the flying saucers are here
23 | or we will still call them U.F.O.s alienated
24 | from Selfs universal- United people is not intact
25 | Can immediatly be resolved by distributing
26 | this write info so to point the purpose in
27 | a public demonstration for promoting the
28 | U.f.f unisef a 1.5 trillion IQ engineered
29 | product that our world wide scientific
30 | base statistics in all considerations point
31 | to each of our future placements dramatically
32 | improve clarity as to that that enguages
33 | Selfs approves as it confirms to
34 | a clearly acceptable Living arrangment
35 | to our minds being that the 1x2 ft
36 | unit each recieves upon concious consent
37 | Supplies full living support due to it
38 | enable one to cope with ones own

1  to distinguish truth on this topic
2  Call to "above" for a yea or ney
3  as a promised pledge citizen upholds
4  In God we trust and as One nation
5  under GOD - Mandate! Above has never
6  been found wrong to each and everies mind.

7  Relief: World publication on the technical
8  Answer/offer the operation of the inter
9  nation ballot box are terms of God and Orion.
10  I have massive info back up any needed
11  details to suit satisfaction to
12  and of reason - one quick quote Adam
13  and eve as your sworn to uphold the
14  book also 1st Amend. Religious Clause
15  activity superceeds squander.

16  I need all of the best - Holy/wholesum
17  collected elec. Servailance records of my person
18  on the uniset immediatly/ASAP. released
19  to the worlds public and under US Constitutions
20  1st Amend. Religious Clause Claim or the consequences
21  are Catastrophic to enguage otherwise.

6-3-08

Design Die$^2$ Sign Calif. Seal
(establishes God$^2$ proof to entrust

DIA - Die$^2$  S in the dictionary it es This Die$^2$

Strict is The Flags & Seals say do
this get the info to the president
to announce the acquisition. Do we
want to continue with conventional
"Life"? or Do our best for above by
doing Federal District True religion
the joke is it in its "self" Thats it.
Eureka & featured on The Cal Shield
Barbara Boxer with the spear of course in
the Great Seal of the <u>State</u> of Cal life
California
       Its comfort it pleases all lets
build it That days Mason's
A Must

    Were aware of an ingrain cover it fear
habitat to actuate We made civilization
for fear actuates the count ability
without scare personals to actually
realize our goal is not to Block
evade thats makes us back off & That
HOW the shit, get in Life Govt.
I spent 30 yrs "seeing" you the muscle

Homo Sapien Same wise area wise - alike clockwise   wise are
Wizard is due
Were present & as a body of people not
Wise O.K. The Newspaper &

1  The Bible & flag pleadedge & pro
2  mise
3      NO it dont Match
4  "to Aint No dingy"
5
6      OK Eurekt calif seal motto is
7  The = die = "it" Citizens all each
8  is charged to fill it cause thats
9  what there is anyway its How well
10 We dont salute In God We Ask
11 mutual truthed at trans action
12 alot buddy Thats on you & I
13 Eternal fever
14      What we do is We want to
15 Let the people see whats what
16 to Announce as The top World Govt
17 THE Gun says were going
18 to hold Above to be Known
19 has an offer Then The UFOs
20 1.5 trillion IQ is the approx & is
21 the Word is the UtF Unisef box
22 at pro choice world Church
23 (Choose reached)
24
25
26
27 The Die² (Cal seal) is at the=33, se-ct ☼
28 Um (whom an) an all seeing
29              in
30  3-i² Th i Aread 
31              The i ard
32 3rd rock down 3rd Layer In 3rd Land mass

31 Stars Cal. seal   3 magi . Tres mega tus
The Earth the moon & the Sun
Father
Almighty
Winged mercury the classic
feature on the shield therein the Calif seal
Concludes era change over

I'm charged to Identify
to Its public Its your
public your Life Your
Sent ins That constructs
our sacred parts genius
to Know who & What again
a reclaim no one else
please plea is God dear almighty.

Its a Govt. Shield Golden
age ahhh ah God Law is
dont be afraid. Do it you can bear

Yes / above Made it paw paw
Mutually you your personal
have or fool below nothin
Dont haste dont ignor get The
on This Honest Topic.

The News is afraid or some what?
story Laws at embryonicals to
head stream / set the icky Govt.

1  Thats a point to ruin

2  & the Cosmic joke is cause make

3  OK. Luke its the only way so its the
4  easy weigh. no joke" the worlds
5  Statistics Let dont deprive
6  others as a Govt Im tax
7  dollar supported eee giekrs
8  Magi·c (3) means make
9  Macr o cause Alime macrocos

10  Look were poor ok. utf unisef"
11  do aboves terms is real
12  cool  not stupid shot Smart.
13  Elevates well being on the pitch parks.

14  Free Mason's (You your souls genius)
15  is address
16      You & I etc have to build
17  Let my case you have no
18  other Founding identified!
19  And you saw that

20  NO Quits & we happily
21  drive in con-tract Plxtxy Sunem
22  Jehovei The EpissAlpha Centuarian
23  Eagle Jehovah Beautfullist Princeof
24  GOD Oner & Your Sun The Thee Christian
25  Almighty One He would/did say.

26  How is go passed the Fear & Neg.

1   The Seals Great Seal of the US & Calif Seal
2   Identify & designate seen any Signs
3   Coins ⊕ Con A-Sin assign Its what the

4   Spirit can move in with the dear hands
5   the best in the world at it
6   Santa cruz crux core body the
7   embodiment is the Saints (Sane)
8   Genius Normal Leg able continue
9   able species Legal what one
10  Stands on.
11  Points author, is the be executed
12  Leg islation if you wanna play goof
13  see Its our unalienable Sacred
14  say creed cored calif seals cord
15  around the piece of Wisto graph
16  (Wisiest to graph The make Law
17  I has that Its an Identifiable
18  Order that The God of Nature
19  is/has/made That was said to attend
20  the News & Legislators & ACLU etcete churches
21  dont move for fear, habits have Left...
22  partily confused Govt Shad We know
23  Whos worst en im my me (enemy).
24  You too are not going to call me
25  ass an idiot assassin it. Off
26  my G Natures please

1  UFO⁵ Govt breaks out Nows
2  Uff unisen offr God cut to th
3  public floor Ver out of huge
4  unbeerables eater Etre fellow wrath

5  Lets say: You say go and protest organize
6  yes a citizen Meet at appanted
7  time & place   yes to Place a News
8  issue far & abroad, Most urgent single gon't rent.
9
10  Look citizen    when who

11  Can the court desk the issue
12  of Max Priority Highest interest
13  to each actual if known

14  The press avoids its diff
15  not educated

16  Relief is prayed I recieve Legal assistance
17  for clerical, tech. expediance

18  The issue IA THE real matter
19  and its the opposite its delightful
20  No bearing GED the New World to mammal
21  IA the resistance Sick in mercy
22  every home hammers it. Its a real
23  growing ill to leave be so set as a ecol econ [Public Flag (↑)]
24  So let us share & join & make
25  citizens day The point

26  We need to Above

27
28  on this one create with your
29  facilities

Fed

~~Const total~~

To be an employee is to be a citizen
own citizen p hs do Novus order
wt raised / to protest a protest towns
center town clerk 15 min - 2 hrs
1

so Govt Employee on roles

Calif. Gov't. Art 400
DUE - Writ of Mandate conversa
& Die -2 Diet showing Pr- the "wise -alive Clockwise
                        † self    area wise 1 ...
                        † self
                        † coded

Gentlemen "2 Law to
do so if "our"
dues I have almost all
the prime dues (cal orders
30 +no Stating Wistograph for "You"
to unite expertises New Scott
Those hostilities - Area went etc crisis, Living on it in
The point is the Golden age 10 do GOD Law is □ older
true & 'tis true Super easy Stupid is Through that be
You Mutual with above both = Works Never forget
United is standard 9/ices blah blah Nova UFF wisest Heart
                                                            Center



VP Cherenya Arma is All Sees ♂ ♀
to WA Nova at True Alcatraz
Location all Shhh -con's 3rd lock
do know in Literate.

I Start K Brass Athn in
Shield Winged Extra
Gala ← is one's Holy
Guardian angel,

→ Do I Understand Eureka = mean I Like name
Tally & script = choices Only interpretations
"Da understand" @ only

Super it Eureka Shield Nova
sol are System dragth Shh/path
locality of only truth,
Note Shield to go Spear in
In Symbology Represents the

VP Cherenya Arma is ...
Sen Bara bra Bowe with
where Nova work that place

14.

1 Relief: I need all the best Help who is can be
2 collected elec servailance onto/datum
3 immediatly released to the world public
4 since that material of the Stuart Bragg
5 is property of public under 1st Amendment
6 Religious Clause Claim or the Consequences
7 are catastrophic to engauge otherwise
8 And smooth conduction of the prova Material
9 Operatum consist in 10+ Licenced & constantly
10 current (x Licency with Federal & State Bar members
11 sign their Life Long Sponsorship & Legal support
12 to consign a public it's prooper presentabilty
13 as real Spiritual work was always great with
14 pilate

15 Jehovahs open beak S. Bragg face
16 Helion "outer eim" shield
17 Sen Dorabora Boxes with Spear
18 Stuart Bragg Centr shields Face Figure
19 D. Hevenhausex Horns on my head in this my Guardian angel
20 Judy Johnson Side of S. Bragg face
21 Carol Andrew Side of S. Bragg Face
22 Julie Admons Side of S. Bragg

23 universal patternia confirmed by "Eureka" Motto
24 united based claim-ation relays as an example
25 model thy individuals need to fulfill that base claim

26 Congress has never voice oneact their own thought
27 ever in our entire Lifetime Not one to Least
28 to wit

29 Case under Elec. servailance makes
30 die struct Circuit appeal - it's (1) "Aboves"
31 promise it will turn out. as, = confidence
32 in Oh yeah!

- The Press is to publish such
Our generations New Order
It's to publish A.S.A.P
So far they don't have the
Answer The New Order utt
"uniset" So they just don't
publish the Finding report
Get paid anyway to do the usual
Global warming Lifestyle, fashioning
us brillantly as it never educated
in America or heard of an
answer.

Civilizations historic & timely
Call Has not Let "me" "the sect"
citizen rest on any grounds
Science or religion
And we find are in face of the
fact

The News break down / through is
Novus Order utt unmet ufos release
Nut branish hardship with our mindset
is a/the factor so it real News work
again we are called to bear/bring a
New World World ufos a baby start
(step, stage retails 1.5 trillion IQ area
equipto scares to tears fool
Destiny is of course
Moral claim to Science & the Newspaper
is NOVUS is Sane who say (San Jose etc),
Saint is "sane" we are that
but not unified in ground mental fact

File

1  Relief:  "Act of Congress".

2

3  Deregulate ordinances on Elec

4  servailance (Spy data logs) on utf unised.

5  (Novus order specifical straighter across

6  & over all free To promote utf anised

7  product/goal t° distribute. - Citize under

8  Cal. seal motto (Eureka) I = (Lifes name) Found "It". does done.
                                     each

9       In Calif Seal Shield proponent

10  role "GodPlan" Leg able - Continuunity

11  leg to stand on & move with for food etc

12  trust/Habeus Corpus

13    Guardian Angel, Jehova, Helion, all !

14    got The Spot Your place that one

15   Covers each steps/by passes crucifixia

16  complexes (Have to move but if fends ii —

17  so people are polled yes?!

18

19    So Order is hereby Known enates

20   Nattions the deem and

21  Gotz The Spot The = 33 + 4E  $\frac{sec}{33}$  33 die²

22    christ is taught !

Writ of Man's date

Peaple are to be in tact bears
out as in touch with Maker
(this time around) Helion Jun Sun
the true Christian alm side
That are you remember you They
are in need of Christian Helion
Works/ weighs as values — the
they see gov't apt in tact
In GOD We Trust

Whats, beng said as Helion whos
has of the plan — You are?

Art is all birth promose
or need a Lawer worked
as a choice eternal and ever
after,

Norms in the Suns caint

Has each Weights.

Name one person in us. that be
one good of the almighty since
there is one (Helion) truss

Peaple are scored to do what
above has (protection) because
Gov't. will crucify them aware
who & what is Gov't. people is why
Top of the Flag pole is the Helion
Almighty call is the start dist.

1 Look sir I Know the Almighty's got all
2 ~~the/my connects here forth forevers~~
3 & I'm afraid to/apprehensive to
4 socialize it at even church say
5 Just 30 minutes No'routine talk all
6 quiet. Focus on the (Sun) the Almighty
7 the Christian exactly as a usable
8 example with all I know.
9 I Know Helion has all the brains but
10 Afraid abit still to talk
11 In GOD we trust — point Authority
12 to enact ~~the case~~ is timely Human
13 racists
14 P.O.it.
15 + the Sun 3.5 trillion yr. old 6 to Billion I.Q.
16 has had it doesn't kill or wrath yet
17 due to His/Its contract I Keep free
18 will/agency — People are to be told.
19 the press wills the
20 they are bearing a front to talk
21 Liabilities etc. I've studied they worked.
22 Favor is to be shed & due each acknow—
23 ledge, We see.
24 It's due responsible Govt. We will
25 save ourselves hell for a long
26 time with a simple act.
27
28 Notify enact congress it take "us"
29
30 The Sun has 302 "Cheats" on record
31 borrows from other Stars etc that
32 in turn we all must share & acknow
33 ledge — it is in charge yes sir & has

1   the plan to bring about (order is open case)
2   to with UFOs had to be contract
3   with your species run
4   bear in mind this contract to keep
5   free agency — people!
6   They are but not aware how to be
7   freeing, cruxal by all content
8   over pass & Karmic contractions (reaper)
9   They are short & Govt is knowing the
10  people publics arent to be witted
11  as the same punks teenage parent
12  complex
13      We are not to par, par is we
14  impart goes church Govt Stuart
15  etc aint on a number of issues
16  & no idea of no where from a
17  near    sight?!
18      We Forloaned took birth d at
19  a broke(n) condition to owns claim
20  Standard "saw" & moved on? Turned
21  into!...? publics ehk?
22      For example Kennedys said no mafia
23  got heard of from but even provided
24  no replace before. That
25      The Demo parties Kerry "Roberts
26  after Clinton Liar to hos all in own
27  & Like Bush to get in  no drink. coulds
28  tell his "advisors" their fired  as no one
29  would have believe & habit(at)/in sists on &
30  as public doesnt need... any addressed

36  Points & Author/ When you Sir are over taxed
32  Just ask Above you'll get signals
33  to know to use Enit seal Dils etc etc

Writ of Man damus
(Deregulation)

1  - Deregulation on Spy collection
2  of me on UtF Unisef (Govt)
3  ~~topic (Novus order specific)~~

4       Because lots of bureau crats
5  cant or think dont help on topic
6  dont ~~protest~~ act ~~right~~ seen designating
7  condition of furtherance 36 nation
8  drop while it supports Supplies scared off
9
10      Every wants, the public wants
11  deregulation ~~on~~ the for the Novus
12
13  Promotion. Bush didnt squawk
14  He of corse Needs it is public under
15  title identity we here see know paid tax for spry on me.⊕
16  We have a military/indust, orient complex
17  The people are getting true representatn
18  of Soul on bad promise for life enter,
19  The Govt. you never admits it
20  all atr decades because
21

22  - In my town Santa Cruz hundreds
23  know about the UtF unisef the answer
24  For years & lie to my face for
25  the most part for fear of regulation's
26  & 8-10 In calif. tried deregulation
27  Mils Curnt & radio
28      Their Left as no food if they work
29  For their lifes promise / a must
30  Or incarcerated even for run ad
31

32      The people dont want it (~~either~~)
33  Not one or the Novus plate of Funnel,
34  ⊕ & I know & volunteered performed great for Seals Govt Arts
                                                           servus.

0 And it's "wrongrussian" right in our fact
1 You want the convines food, arrangm
2 civilization but dont have mans
3 mankinds terms after the tolk in
4 the Russian complaint we so deepls
5 enguaged Musts address.

7 Bush Alminafrotn wants us to do it
8 They dont see they can (either) yet.
9 The simple fact we have is
10 At announcement W

12 The people at great finally
13 You did it came through.

15 This U.T.F unisef the Noms
16 an Closure has been known
17 for 2½ year to Fed state
18 bureau crats & is all along
19 protected by upstairs & to
20 huge extents And by physical
21 facilities UFOs, R hes alive
22 The planets networks itself.

24 Its Harvest time Man-date
25 (An) Almightys our first Helious

27 If you dont hold Helious (In bel wo thr
28 attention to/Focus on Helior with your
29 mind the brain of your Area (Solar System)
30 It will come on the Land Wars
31 & that not affordable Its the only thing
32 Its/We got what it does is great
33 Lower eternity forever, To not endorses

Deregulation o ca

For instance Gov'ts bureaus have
known to protest a case you are
elec, Servailence spy regulated
but you Govt employeed - a must to be a
citizen to be employeed Do have the
analieneble right to protest by citizens
US Constitution & certainly on utF unisef
(Govi) Novus order specific topic,
As if you/who would want to charge
a Govt employee, Cungress etc knows about
utF uniset so Barb. Boxer featured on Calif.
Seal wont even call me & said educate
Look were sittin on public's ireed promeso
Authority is you have the US Constitutional
right & to uphold it only Govt.
Let me ASK can you be a citizen
I need "We" We said we to bring
to our press Govt problem Gridlock
Supported The public releases Govt vis versa
Court Finding is shown above again
I to simple & willed by children They.
It is asking alot but saits The pursuit of happiness
See the case its bring "Church" to
the press (the Calif seal for Sen,
Boxer & Must be The Bushes of Cheness
US That did 911 yet already I
So cross communicate Circa
- In Gridlock (economic one does know one is? Systems?
I ts due Soul of each (America).
to cut one true Order In God we trust (Novus utF)
Again (Novus utF) Simple every ones
Whole Life issue & who's gonna
Take you home when your away

1  Novus is the Law The to do
2  or chase War
3  Regulation is you do Helion
4  Call & brings it to earth
5  So regulation is or people
6  Will refuse, so soul to
7  gain world = Idea dam
8  nation
9     The University of Calif Seal
10  For instance is was the only
11  or 1st Word befor pufed
12  no enters couldn't tell Logo
13  was first Novus.
14     is Helion order = yours
15     in the over all,
16
17  #1 citizen under seal on shirt
18  a Seal featured in Calif Seal
19  Ty callen on deregulation
20  as to Native order topic —Calif
21  Univ. hops oppy Problem
22  to Eureka "I"-life's name Fixed
23  "it" — Again I — Found = "it" declares
24  public. & is a bit different
25  refers, to our times where the
26  public in a system Grid lock
27  cannot exact its & whether
28  or not public has the will
29  it, sea ga, thinks it hasn't
30  at our times/in our times.

as Mandate
on Deregulation
& FDIC Seals Dot.

1  Im had Dot<sup>s</sup> of the FDIC Seal since
2  1989. Dot's (a unit of measurement of pain
3  itchy stings facial usually & top of the
4  head & are for the purpose of enabling
5  thy reminder to heed to "above" this means
6  to focus/Led in above  to get on track /
7  to be informed  so to grow spiritual (the
8  right direction with each other & is very
9  very real as Im the 7 seals of the Bible
10 expert ⊕ U.C. Seals Let there be light-the Sun
11 "Above" to call some shots The Sun is the
12 Christian GOD & the itches Dot's are raes
13 electricity (rae-diodes) & bear intelligently
14 (until you know dont dismiss or &
15 notice itches on your face & head right now
16 because your not in the habit yet of inquiring
17 with above  In God we trust  as an
18 authority plagueing the world as we
19 were only permissed to heed & species
20 Adam & eve ran the other way
21 Here we are. Dot's are a form of
22 Jehovahs Wrath.
23 The 5 other Seals of bible (but obviously
24 by now comes a little more ellaborate);
25 are the Catholic Madonna represents a
26 female Star as well Alpha Centaari
27 6.06 trillion yr old in almighty 804-808
28 billion I.Q. Heloms mother (of sorts)
29 So she's involved with Dot's & the earth—
30 rocks raes
31 We are in war economic grid lock
32 as a tyrant nation is not enate

1. Do you understand - eh yer buddies, your
2. teams & for supports
3. this is all of us U.S & over seas habits
4. that do bring more less enates as an
5. unsolved grid lock would bear.
6. Yes we all reckon
7. The your level of frustration confusion
8. tolerance is going to be called on to
9. deal with the Rev.13 of the Book whether
10. wether you deny & the habit since
11. youth we each all did & do so remember
12. is here & true is going to come so
13. volunteer your "self" not program Grid Lock
14. board your paid & padded huge live up
15. to & on the money Rev.13
16. or more then was due FDIC Seal DOL's
17. with reach you down the road - your told!
18.
19. Allah Knows - You dont each is Thats
20. Fact
21. You / Congress churchia never ducks
22. gout of State a call clause of current
23. present representa gouting of Jehovah
24. & or Helion! - can't touch it but Thats
25. the answer man hold but only always
26. forwards the orders authority or is it
27. will come to mind your be to crucified
28. (of types by your own kind. So No
29. Idea is all at once Congress reports
30. ah the In GOP we trust Novus order
31. UtF unisef Civilization change over
32. in a pop. Securing "publics" Code creed
33. the point & use in hand of Gov't,

1. The Govt, The public will instantly salute
2. at the call claim & well condensed
3. You, Govt, have it with ease or You we
4. will come the understood it through
5. FDIC seals Dols (Jehovah wrath it trotz
6. it will come & more & more Govt, protections
7. Chasing fall out (excuses) will bring Dols upon
8. us more Jehovah League Helion cant
9. take our role out more.
10. Defiance & lies in the face of it White eyed
11. The Govts with get the Laws of more &
12. more rationistic anti christian morals to
13. "hold" & You (each) knows it (That.
14. Gridlock is further impaired by stiffling
15. because we are scared to do whats right
16. - Concious breaching renders Folks unconstit
17. ut able or to weigh way we said stated
18. The "US" Constitution — means what can be
19. somewhat more or less Materially construct
20. to be aware of ones constitutablity
21. Lifes conglomerants failed in equal
22. Shares The Dols (Hell) help a little to
23. come to.
24. Sitting on it do to acknowledge Gridlock
25. will what? ____! Dos Above will be unbearable
26. but heeded
27. So are you US Constitutionally employed
28. here or opposed
29. Need me with Coordinative Legal assistence?
30. Indeed (as Many area in law I have no clue
31. to work For with to & through You.
32. But I cannot ignor either will be addressed
33. or we know what comes to pass a man

1. with less becomes prisoned
2. killed. I doubt as the pressure
3. raised is Christs Rome days imperiled.
4. or as no notice & you do now hereso
5. see the one eye the single - Great Seal of US
6. (65,- US. second comings no less as that
7. its not ignor=ability it unconstitutes
8. those cant (yet) construct a notion
9. if one doesnt hold the claims
10. US Constitution t we didnt is to
11. be here noticed & to open case
12. & not quit till public admits
13. is the must your above each is.
14. Constitutes not the other same
15. old hell bring in stuffs
16. The people dont need only concious
17. defiance it can acknowledges since its
18. saturate it became relative that the
19. end of the world as to we it had a
20. take to a lower world from that
21. begins is the sighting of site.
22. We didnt since 1789 ad. & we to our
23. eyes at present are worse than Russians
24. & afraid to what
25.
Relife  Pres, Congress are the Job I know
27. its I. Im world best seer a person
28. who does "see" to catch. _ whats
29. How has to be "my" destiny its
30. also in your hands Im as good
31. as you. Govt bureaus some have been
32. notified some what & are in retracted
33. Cheney help was the best on my behalf

1. to the date
2. I uneducated in Govt its regulations rules
3. I read 20 works minute 5th to 9th grade
4. level but demands are socials genious
5. Many areas have surfaced how unworthy
6. we both are in areas to conduct
7. I pray you bear with by truth in reason
8. as to why Novus Order is presidentually due
9. I'm average didn't want school didnt stand up &
10. straighten it out Also afraid of the black plaque
11. of Leaving it unsaid/un approached bears forth
12. with to be found pleading — I knew things
13. were not right in School Govt church but
14. Left it as was rendering me about 20% of
15. potential/worth d as one become became
16. 'd raid' of such situates instead of
17. coming forth in mutual mercy as is always
18. the case proper.
19.
20. On my S.S.I. social sec. so called mental Disability
21. I hear & see things others do not, well
22. educated Jesus did too yes 2000 yrs before.
23. & I personally know Judges that hear &see
24. above. yeah as they man did tongues
25. in court angelic intelligence & tones 15 sec.
26. distinct I never would have thought being
27. one reason for.
28.
29. As if NAZI/russia is going to be far
30. from your (ones area as a species,
31.
32. Press Never Talks Heavens
33. S.J. Mercury News paper,

1 <u>Relief</u> (Cont) : Press coverage on "above" approved
2 ~~UFF Novus issues via protesto) staged~~
3 would take a long time without instantly
4 hiring unemployed having the money to do
5 so assignts in such a case I be granted
6 money $1-2 thousand (Above has as a gate)
7 held punishable if any falter is here so
8 Signed $t B___ (Stuart Bragg).

10   The consequences of living a false self
11 us I we know it each acknowledges
12 is unfathomable bear the reliefs
13 not deniable Sir(s).
14   We have and base our trust in above
   who brought this mandate & the UFF unsaid
16 offer to salvage an enormity of corruption
17 of the self for the supposed & Knows
18 bears no further need of word Yes?

20   Again if one breaches (an american contract
21 of Bible Same in base just the former less
22 scratch. one is disabled to contend
23 upon any less entry yet the defiance of such
24 bears average complete & total in the face
25 of the call to dues to God & Country
26 From now learned habitat to always
27 breach is the one & only as for a public
28 response to me at each & every person to
29 person rendering except .001% - The
   numeric fraction is endorse by above
31 namely Jehovah himself an Alpha
32 Centaurian Eagle from planet Enno is Top
33 of Flag & the Egyptian Horus at core interpret.

<u>Relief</u> (cont)

1. Deregulation on Nellis w/F unset public
2. entry to omnipotently resolve world affairs
3. Including 911 Cheney Bush covering was cold locked
4. economy be in fact was order by Jehovah
5. himself Cheney relentlessly retiring Joe for
6. 3 3/5 of a yr is above word Belial Guardian
7. angel Jehovah I personally hang with
8. every day _ told direct?
7. He heavy belly Cheney
8. We would have collapsed as a Nation without
9. 911 N.Y. yes due to previous act of will to
10. Attendence of above as Christian Worms was
11. Law order 1789 rd Planeres non noticed
     add deviants to assist Stewart Brass to
13. Clear Kar mic Ma-Kar's (N) Belian Jehovah
14. Karmatic ↩ roadways shoulders destines
15. you can & cannot begin to other than engage
16. a full documentary on / using my w/F Spy
17. data (loads) the best ever earthed
18. In federacy bring to Gods people
19. Compensating you / Cheney's etc
20. I'm talking about Elec Servailance on Godly
21. & Moving Filming No man womn or childn can
22. or would ever be insert if held to thought
23. Their for-giving economia support status
24. status understand all sum in rough briefs
25. via a TV. www etc documentary international
26.        No it that & God moved us
27. me for & will is animanimousing
28. or what comes 911 etc amt r
29. Bush's hang & under stand Soap Stomaching
30. Unfair to bear stomach for a deregardin

prayed
Relief.

1  public worlds via unfair
2  We have tele Communications etc vast tech
3  We have the Gun on The
4  We won the West on The = 33 numerica
5  Literal numeric se-c -33 die²Christes"
6  is to be eached addressed Relief some
7  of Pendens personal Soul
8  Aeon era law - Above th nature moth a-
9  matoria mercury arts epa changers
10  Stars dem conduct survive you to with
11  is nott refuse by any publican
12  Re Documentary via deregulation
13  of bureacrats etc on my/our utf + utf
14  whisel info Novus & us Constituta so
15  & trusts entitles ever to will 12
16  enate intelligence & endorsed by or forced
17  via dol's + Rue seals Dols once
18  again Jehovah Wrath They upstairs
19  Need + these write to ever engage us
20  Americans then world publics Their u.f.o.
21  equipt to star trek transport & its
22  maneuverable as "we" United Contracted
23  can explain to commone & commen
24  cause & need much long awaited goals
25  to We see here have any arrive
26  as a species bore of & in huge
27  for corns family of mans conditions
28  met & not yet I plead here no turn
29  back At holy Dont squid out sell short
30  undermine true Gods We said we &
31  never really talked & We see here we
32  can & must so does publics internatia.

1. War would have come on the Land
2. stupid student without all N.Y.
3. High Gov Knows but duh
4. Document's now Knows for relief at
5. Here writ of Man dates
6. Yes many to come I Stuart Bragg man
7. as signed thru ____ 6-2008 ad.
8. Featured in Cal Seal's "Shield"
9. People just gwib on an poo-poo
10. notin' to do. Bush poo-poo no clue
11. Cant explain to gwib' Judge
12. Future generation with out documentation
13. Worse by far & Farther Then us
14. born in Rec° 17,506.8 yr. Long Drug
15. black market to run every house
16. but bore 60° "Spirtal" movements with
17. no notice of reason For such Less and
18. perplexed phenomena & left to date
19. to receve unniformed escalations
20. percieved by less at tr dates ascertains
21. bears peoples/publics all abroad writ to
22. Will indeed to wit.
23. Bears forth herein no Less a
24. Change at all hearts every wear.
25. We Know we are to relate to left wing cannot
26. be "against its self (Bird) or no fly
27. We never were-wore an oft self /no come
28. plea "it" ones fall own as we are each identified
29. released by Ah r u united "we" stand species
30. Soul each deem and out of Thy "self"
31. Needs grounding in mind (a) my-ind/my-"I"-End
32. via TV. World wide special documentary
33. is the (a due & I Can release of spy collection of me.

Prayed
Relief:

1    Ok not!.. I can regulation release on material might be not best
2  or some    News Stations will touch Worlers - Govt bureau's did
3    Mercurial acts direct fuck that has any angit nude acts,
4  etc  real effect to reclaim any Sound of sense
5    Sence Sir   Answer is due in cart fran
6    S.J. Mecurx News & Mormon - Capitola Guard
7    CA, as a turs class enaction via model (reasons
8    Schools well before your time let, - "good"
9    The mormons are ete not defiant at grasp I wear
10    to their each Bishop elders Full Elat (but flant
11    they are in so deep an inheritance they
12    defy it at Face white eyed saying Christ is
13    it - I bear testamony in the name of Jesus But
14    Idol worship isn't as ye can do all the thing
15    I have done & or more if ye had a little Faith
16    is scripture Their insistance to have any enter
17    dialog but at call keep the score rig bose
18    that they are W

20    You are Sworn on the Bible to uphold
21    The Constitution of U.S.A.  NOW # charge
22    in the temple # or I am not in love with me
23    to let Christian Fund duh mental
24    Sue the Press & the Mor-mon #
25    Hm concerasly they insist they are gone
26    under  Jesus Sir or you will? pay you with
27    go under to never assist in such a
28    level / wax or you reneg here,
29    It is the only true
30    Your here? You will not "see"
31    again to wits the level ever again
32    Your only & constant habit to buse your
33    my sene/most claum habitat to date

1  Lets admit ?
2  You have no other case Job or
3  permiss
4
5  Your human race is the sickest thing
6  you have ever heard of  Yes
7  & Christe was a ——  you would tell
8  Foreign place  Christ had non as equal
9  If you have a Little faith you could
10  clen all the things I have done er not
11  Not indictors he was so hot brother
12  Fucist armory soak all & no account
13  but know 12,000+ yrs all your
14  "socials" were that curs ancestors
15  Ash of dia per crib Locked your young
16  is all you've given to "Yours" since 3mos
17  to 2yrs of Age eh? We remember.
18  Its from not knowing how but after
19  concious breach For the or the 1st says
20  We came to we didn't check it.
21
22
23
24
25
26
27
28

Relief:

1. Funders on Grant of In God we trust
2. Use of Full arts The Doll or art
3. ~~use of formula I.G.w.trust churn~~
4. trans action/the medium of Money
5. A Specific: Hiring Homeless unsupported
6. in town (I know many) & that Keeps way
7. out of crime Ones that will to
8. protest For week a view? at our town
9. Clock the protest center of Santa
10. Cruz Ct $50 For 2-3 hrs nax on the
11. press appointed days to Join the
12. Great American Hanna furshd
13. Magical Art Prime Materia Operati
14. Say I'm you Federal Mason Free Mason
15. Genius all Genus you art. etc
16. Each is is only talk Bush is sold
17. in 20 Days to months Depends on con-
18. tractor Servant breach scum, Steam
19. Grid — Locked? Love is Scienced
20. DO Grant God's money God
21. It Works Eurek?

22. These are only Novice Us. up run
23. Grid check call up take from Lock
24. to redun Final exes GOD plate
25. call & dues Wonderous Leve invested
26. to harvest fun & fun at every check
27. point is the Looking glass what will
28. be/the reality that it has Dnt worry
29. The projects are always wayunder that
30. fdb a eater witch dog
31. Novice I on Norms Protected by your
32. Action the Christian GOD the.

[Writ of Mandate]

36

1   AS this [ ] to DO Above is the
2   dues                    & to each! you
2½
3   [Take our   Laws] Domandate
3½  When the person publications self is addressed
4   Theres a pseudo but blanket assump
5   tion that we all have multiples
6   One towhich is & I dont want
7   to fuel it here that Govt.
8   thinks that the pub churches
9   etc. are to set to retard/
10  undeveloped set with sets conditions
11  to touch areas that they in
12  deed dont 1s we ingest church
13  people are really afraid of the
14  Govt. Legal or so called
15  law abiding must be as we arent
16  American in trait   Genuine Geniuses
17  Govt sickash Facist & not
18  but.
19
20  Were not worried about Flying saucer oven
21  without tifing  we got Global Warming & cars
22  or wanna retard hearing (economist) Specialist.
23  As area 51 supposedly but expressed danger
24  a splat joke 30st-to 1.5 trillion I.Q. avrax
25  the run on rocks agreement Heavenly bodies (races)
26  alive concious.
27  You Judges are too vunerable to relapse
28  in the processions on this suit because
29  Novus order is brought about/to be econ
30  Gridlock but your supported therein

1  Mixups in cross info. check ups on my claims
2  in this Writ come out to the same base
3  take of truth, lets say the Flying saucers
4  in UFO. books (each Library has 10-20 of & many
5  Govt employeed individual or went former to be released
6  of regulations) said the Flying Saucers are from
7  pleides Orion as at entry stage it refers
8  reflex that they come from out of this world
9  but the UFO. drivers are us Homo sapiens thousands
10  of years more "evolved" Martian hair less bigger
11  brains and to finalize lefts plastic dummy ones.
12  The sun the earths rocks itself via races
13  rocks race can or by now make flying saucers
14  rocks race water etc is alive & concious (since
15  we are now) provides point.
16  The Sun via mans mental commures brought Giza
17  pyramid easter Islands - the Sphinx a women
18  African & the sun  did not rock manually
19  moved or hand  curved the Sun gave
20  if earth stuff/participles did what he wants. =
21  Love all strong & all up on it, every thing right
22  the chore unto, "As Long as were getty along"
23  Were not relatively yeah watch out
24  Are "you" with Helios the Christian GOD? Thus
25
26  Relief: for Grant of thousands of dollars to
27  Hire professenals to invite via investing
28  in America genius itself to get the UFOs
29  (so-called to Document Mercuryial Arts wizard
30  genius Homo Sapien (Same wise) - wise genius genius
31  internationally televised not WWW merely &
32  those time lines at Global warns presently &
    of our earth

38

Adams at Garden of Eden (tit)
didn't mutualize (with above)
The moral
Always howl

Stuart Bragg
7-1-08

Adam of Garden of Eden (titx)
didn't mutualize (with above)
The moral
Always how!

Stuart Bragg
7-1-08

We united are leg-al santm to stand on
& travel prison has no Anthor can tell
citizen is legal on title identifies
Life is Legal, enates wisr just is
for 'all' hours it all wholly whole-slan
Will is wish prison is not bx any
to each forever only (Anthor
Count rx Count "y" sant who is
Say Sane is saint sign Su in we
dont want render en ce saint is
signs We dont want Jesus Fullow
me he they we see flunk Stupider?
You want not sane hint?
You want Love beyond ever befer
till next better than "love" bx big.
Want Love or prisoner
Press wants Bush this church isnt
it wasnt self Jesus point of their
gony to be hot Tired of "yai"
Church isnt since you Legalsable Feat?

JS 44 (Rev. 12/07) (cand rev 1-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
*Stuart Bragg*

**DEFENDANTS** *Bishop John Blake*
*831 476 5435*
*Mac-Tully - SS. MercNews Pros 408 920 5376*

**(b)** County of Residence of First Listed Plaintiff *Santa Cruz*
(EXCEPT IN U.S. PLAINTIFF CASES)

*ADR*

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
*Need urgently see Relief you.*

Attorneys (If Known) *Santa Cruz Co - John Blake*
*Santa Clara Co - Mac Tully*

*C08 03192 HRL*

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)    and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus – Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
*That we Apply NEW world order American goute. Req.*
Brief description of cause:
*A civil process that brings overall conventional Living change*

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ *??*    CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".
*Fed civil Suit # C-97 20745 / C 98 20268*

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
☐ SAN FRANCISCO/OAKLAND    ☒ SAN JOSE

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

*1*