1  Stuart Bragg/(831) 706 0112
2  1051 Cayuga St. (831) 426-2710
3  Santa Cruz, CA 95060

FILED

2008 JUL -2 P 3:31

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

ADR

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Stuart Bragg

Plaintiff,

CASE NO. C08 03192 HRL

vs.

The S.J. Mercury news Press,
Publisher - Mac tully
The Mormon Character
Bishop John Blake

Defendant.

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Stuart Bragg, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $880.—    Net: $840.—

Employer: Social Security $82./no

If the answer is "no," state the date of last employment and the amount of the gross and net salary

Self- recycling cans bottles flea market $1-500

1 | and wages per month which you received.
2 | _____ N/A _____
3 | _____
4 | _____

5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:

7     a.    Business, Profession or            Yes ___ No ✓
8          self employment?

9     b.    Income from stocks, bonds,       Yes ___ No ✓
10         or royalties?

11    c.    Rent payments?                   Yes ___ No ✓

12    d.    Pensions, annuities, or             Yes ___ No ✓
13          life insurance payments?

14    e.    Federal or State welfare payments,    Yes ✓ No ___
15          Social Security or other govern-
16          ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each. $840. a month approx.
19 | _____
20 | _____

21 | 3. Are you married?                   Yes ___ No ✗
22 | Spouse's Full Name: _____
23 | Spouse's Place of Employment: _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____ Net $_____
26 | 4.    a.    List amount you contribute to your spouse's support: $ _____
27      b.    List the persons other than your spouse who are dependent upon you for support
28          and indicate how much you contribute toward their support. (NOTE: For minor

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

_none_

5. Do you own or are you buying a home?   Yes ___ No _X_
Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ___ No _X_
Make _____ Year _____ Model _____
Is it financed? Yes ___ No ___ If so, Total due: $ _____
Monthly Payment: $ _____

7. Do you have a bank account?   Yes ___ No _X_ (Do not include account numbers.)
Name(s) and address(es) of bank: _____

Present balance(s): $ _____
Do you own any cash? Yes ___ No ___ Amount: $ _____
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___ No ___

8. What are your monthly expenses?
Rent: $ 7/10.00   Utilities: $150-80
Food: $13-4 ao.   Clothing: $ p-5
Charge Accounts: no

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)
_No_

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6-27-08
DATE

[signature]
SIGNATURE OF APPLICANT

- 4 -